1   Nicholas Barthel, Esq.
     *nick@barthelbarthel.com*
2   **BARTHEL LEGAL, APC**
    2173 Salk Avenue, Suite 250
3   Carlsbad, CA 92008
    Telephone: (760) 259-0033
4
    Jason Verhagen, Esq. (pro hac vice)
5    *jverhagen@consumerprotection.net*
    **SCHLANGER LAW GROUP, LLP**
6   150 Allens Creek Road, Suite 240
    Rochester, NY 14618
7   Telephone: (212) 500-6114
8   Attorneys for Plaintiff Connor Beard
9
    Chelsea A. Bernard
10   *chelsea.bernard@thompsonhine.com*
    **THOMPSON HINE LLP**
11  2049 Century Park East, Suite 3500
    Los Angeles, CA 90067-3217
12  Telephone: (310) 998-9100
    Facsimile: (310) 998-9109
13
    Attorneys for Defendant Block, Inc.
14

15

16              IN THE UNITED STATES DISTRICT COURT

17          FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19  CONNOR BEARD,                    Case No. 3:25-cv-08104-VC

20          Plaintiff,               **STIPULATION AND
                                     [PROPOSED] ORDER**
21      v.

22  BLOCK, INC.,                     Hon. Vince Chhabria

23          Defendant.

24

25

26

27

28

THOMPSON HINE LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
CASE NO.3:25-CV-08104-VC

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

2  Connor Beard and Defendant Block, Inc. as follows:

3    Plaintiff shall submit the claims Plaintiff asserted in this action to be resolved

4  by arbitration, which shall be administered by National Arbitration and Mediation

5  ("NAM") according to the NAM Comprehensive Rules and Procedures, and this

6  action shall be stayed until such arbitration has been completed.  This Stipulation

7  may be executed in counterparts and by facsimile or pdf.

8

9  Dated: November 19, 2025          THOMPSON HINE LLP

10

11                                    By: */s/ Chelsea A. Bernard*
                                          Chelsea A. Bernard
12
                                      *Attorneys for Defendant Block, Inc.*
13

14

15  Dated: November 19, 2025          BARTHEL LEGAL, APC

16

17                                    By: */s/ Nicholas Barthel*
                                          Nicholas Barthel
18
                                      Jason Verhagen, Esq. (pro hac vice)
19                                    Schlanger Law Group, LLP

20                                    *Attorneys for Plaintiff Vincent Proctor*

21

22            **ATTESTATION OF CONCURRENCE**

23    I, Chelsea A. Bernard, as the ECF user and filer of this document, attest that,

24  pursuant to General Order 45, Section X.(B), concurrence in the filing of this

25  document has been obtained from Nick Barthel the above signatory.

26  Dated: November 19, 2025          By: */s/ Chelsea A. Bernard*
                                          Chelsea A. Bernard
27

28

THOMPSON HINE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                  STIPULATION AND [PROPOSED] ORDER
                        3:25-CV-08104-VC

1

## [PROPOSED] ORDER

The Court, having considered the parties' Stipulation, and good cause appearing, ORDERS as follows:

Plaintiff is hereby ordered to submit his claims to binding arbitration, to be administered by National Arbitration and Mediation ("NAM") according to the NAM Comprehensive Rules and Procedures. The above-entitled action is stayed pending the completion of arbitration or dismissal of the action by the parties.

IT IS SO ORDERED.

Dated: _____      _____
                                    Hon. Vince Chhabria
                                    United States District Judge

THOMPSON HINE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

STIPULATION AND [PROPOSED] ORDER
3:25-CV-08104-VC