1  Nicholas Barthel, Esq.
     nick@barthelbarthel.com
2  **BARTHEL LEGAL, APC**
   2173 Salk Avenue, Suite 250
3  Carlsbad, CA 92008
   Telephone: (760) 259-0033
4
   Jason Verhagen, Esq. (pro hac vice)
5     jverhagen@consumerprotection.net
   **SCHLANGER LAW GROUP, LLP**
6  150 Allens Creek Road, Suite 240
   Rochester, NY 14618
7  Telephone: (212) 500-6114

8  Attorneys for Plaintiff Connor Beard

9
   Chelsea A. Bernard
10    chelsea.bernard@thompsonhine.com
   **THOMPSON HINE LLP**
11 2049 Century Park East, Suite 3500
   Los Angeles, CA 90067-3217
12 Telephone: (310) 998-9100
   Facsimile: (310) 998-9109
13
   Attorneys for Defendant Block, Inc.
14

15
16            IN THE UNITED STATES DISTRICT COURT
17          FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  CONNOR BEARD, | Case No. 3:25-cv-08104-VC |
| 20         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| 21       v. | |
| 22  BLOCK, INC., | Hon. Vince Chhabria |
| 23         Defendant. | |

24
25
26
27
28

1     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Connor Beard and Defendant Block, Inc. as follows:

    Plaintiff shall submit the claims Plaintiff asserted in this action to be resolved by arbitration, which shall be administered by National Arbitration and Mediation ("NAM") according to the NAM Comprehensive Rules and Procedures, and this action shall be stayed until such arbitration has been completed. This Stipulation may be executed in counterparts and by facsimile or pdf.

Dated: November 19, 2025            THOMPSON HINE LLP

By: */s/ Chelsea A. Bernard*
    Chelsea A. Bernard

*Attorneys for Defendant Block, Inc.*

Dated: November 19, 2025            BARTHEL LEGAL, APC

By: */s/ Nicholas Barthel*
    Nicholas Barthel

Jason Verhagen, Esq. (pro hac vice)
Schlanger Law Group, LLP

*Attorneys for Plaintiff Vincent Proctor*

## **ATTESTATION OF CONCURRENCE**

    I, Chelsea A. Bernard, as the ECF user and filer of this document, attest that, pursuant to General Order 45, Section X.(B), concurrence in the filing of this document has been obtained from Nick Barthel the above signatory.

Dated: November 19, 2025            By: */s/ Chelsea A. Bernard*
    Chelsea A. Bernard

# [~~PROPOSED~~] ORDER

The Court, having considered the parties' Stipulation, and good cause appearing, ORDERS as follows:

Plaintiff is hereby ordered to submit his claims to binding arbitration, to be administered by National Arbitration and Mediation ("NAM") according to the NAM Comprehensive Rules and Procedures. The above-entitled action is stayed pending the completion of arbitration or dismissal of the action by the parties.

IT IS SO ORDERED.

Dated:   November 21, 2025

_____
Hon. Vince Chhabria
United States District Judge